FILED - USDC -NH
2023 JAN 30 AM 11:38

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

MOSQUERA GONZALES ANDY
petitioner

CASE NO: 8:15-CR 223-T-23 TBM

v.

Warden, FCI Berlin
respondant

Emergency Motion for Habeas Corpus per 28 U.S.C. §2241

MOSQUERA GONZALES ANDY, pro se, an inmate with the Federal Bureau of Prisons at the Berlin Federal Correctional Institute in Berlin, New Hampshire, submits this motion for habeas corups per 28 U.S.C. §2241 and states the following:

1) Petitioner is serving a **120** month federal sentence in case number **8:15-CR223-T23T** in the District Court for the **Florida** District of **Tampa**.

2) Petitioner's projected release date is **1/29/24** via GCT.

3) Petitioner has earned a substantial amount of "First Step Act Time Credits" (FTCs) (18 U.S.C. 3624(a)(4)) through "successful completion of evidence-based recidivism reduction programs and productive activities." Petitioner calculates that he has earned over 1 year's worth of these FTC's.

4) The Federal Bureau of Prisons began applying these FTC's on January 19th, 2022.

5) FTC's can be applied towards pre-release custody or supervised release per 18 U.S.C. §3624(g).

6) The petitioner is a deportable alien with an ICE detainer. However, he is not now "the subject of a final order of removal."

7) Deportable prisoners are ineligible to apply FTCs under 18 U.S.C. §3632(d)(4)(E) if they are "the subject of a final order of removal under any provision of the immigration laws." As the petitioner is not the subject of a final order of removal, by the plain text of the statute, the petitioner

-1-

qualifies to apply his FTC's towards earlier transfer to supervised release.

8) If the petitioner were able to apply his FTC's towards additional supervised release, he would have been released to ICE custody on January 19th, 2022, when the BOP was first required to start applying FTC's.

9) The Federal Bureau of Prisons is maliciously misreading 18 U.S.C. 3632(d)(4)(E)(i), saying that deportable aliens "subject to a final order of removal" are not eligible to apply FTC's to earlier transfer to supervised release. Even worse, they claim that simply having an ICE detainer makes one ineligible.

10) The petitioner has not exhausted administrative remedies. Because the BOP is maliciously misinterpreting the clear text of the relevant statutes, as well as the clear Congressional intent when they passed The First Step Act of 2018, the administrative remedy process is not "available" to the petitioner, and to attempt to exhaust his administrative remedies would be "futile". In particular, the time required to go through the BP-10 process (60 days with extension), and the BP-11 process (60 days with extension) would waste a significant amount of the petitioner's time before his projected release date with GCT. Thus, the petitioner is engaging the textual exception to exhausting his administrative remedies available in the Prison Litigation Reform Act of 1995, that he exhaust those remedies that "are available".

11) The petitioner also asks that this court expedite this motion on the same basis, that the petitioner's projected release date with GCT does not allow the normal §2241 process to move forward at its normal pace. In particular, the petitioner asks that this court immediately order the government to respond to this motion in one (1) week, and allow the petitioner one week to reply to the government's response. The petitioner asks that no motions for extension be granted. The text of 18 U.S.C. §3632(d)(4)(E) is quite clear, and it is also clear that the BOP is maliciously misquoting it. It should not take the government long to respond, nor this court to rule.

12) A §2241 is the correct and only vehicle for which the petitioner may obtain relief on this issue.

Mosquera Gonzalez Andy
BOP#: 62631 018
Berlin Federal Correctional Institution
P.O. Box 9000
Berlin, NH 03570

Federal Clerk
U.S. District Court for the District of New Hampshire
55 Pleasant St.
Corcord, NH 03301

Dear Sir/Madaam,

Please find attached for filing one (1) copy of my emergency motion for habeus corpus per 28 U.S.C. §2241. Please note that I will be sending the filing fee by the BOP's BP-199 process, as I am sure you know, this could take a couple of weeks, unfortunately.

Respectfully Submitted,

_____
,pro se
Date: Enero - 24/2023

Mosquera Gonzalles Nady
#62631-018
Federal Correctional Institution
Berlin N.H. P.O Box 9000
Berlin. N.H 03570

Case 1:23-cv-00064-JL-AJ   Document 1   Filed 01/30/23   Page 4 of 4



⇔62631-018⇔
Federal Clerk
55 Pleasant ST
Concord, NH 03301
United States