UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Andy Mosquera Gonzales

    v.                                        Case No. 23-cv-62-JL

FCI Berlin, Warden

JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated February 8, 2023.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: February 8, 2023

cc:   Andy Mosquera Gonzales, pro se
       Heather A. Cherniske, AUSA